LAW OFFICES OF
# MICHAEL K. CHONG LLC

**2 EXECUTIVE DRIVE, STE. 720**
**FORT LEE, NEW JERSEY 07024**
**(201) 708-6675     FAX (201) 708-6676**
_____

WWW. MKCLAWGROUP.COM

| | | |
|---|---|---|
| **MICHAEL K. CHONG ‡** | **NEW YORK:** | **HOBOKEN:** |
| | 1250 BROADWAY 36TH FL. STE. 300 | 300 HUDSON STREET. STE. 10 |
| ‡  MEMBER, NJ BAR, U.S.D.C. NEW JERSEY | NEW YORK, NEW YORK 10001 | HOBOKEN, NEW JERSEY 07024 |
|     SDNY, NEW YORK | (212) 726-1104     FAX (212) 726-3104 | (201) 203-7476     FAX (201) 708-6676 |
|     EDNY, NEW YORK | | |
|     U.S.C.A. 2ND CIRCUIT | *Please Reply to: FORT LEE* | DIRECT DIAL: (201) 947-5200 |
| | | EMAIL: MKC@MKCLAWGROUP.COM |

January 4 , 2017

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
**VIA ECF**

　　　　　　　　　　Re: Thornburn v. Door Pro America, Inc.
　　　　　　　　　　     Case No. 2:16-cv-03839-DRH-AKT

Dear Judge Tomlinson:

　　　This office represents the Defendant Door Pro America, Inc. in the above captioned matter. This letter is submitted in response to the December 16, 2016 letter from Plaintiff's counsel raising deficiencies in Defendant's discovery responses.

　　　Attached as Exhibit A is my letter dated January 4 , 2017 to Plaintiff's counsel addressing the discovery deficiencies raised in the December 16, 2016 letter.   Defendant has addressed each and every deficiency raised, amended\supplemented the discovery responses, provided additional documents, and stated explicitly where there are no documents in existence responsive to the discovery request.

　　　I respectfully submit that Defendant has cured the discovery deficiencies raised by Plaintiff, and that there is no longer any discovery dispute to be addressed by Your Honor.

Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/ Michael K. Chong
                Michael K. Chong

cc: Saul Zabell, Esq. (Via ECF)