Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.laborlawsny.com

**Janine L. Kapp**
Email: JKapp@laborlawsny.com

January 4, 2017

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Thornburn v. Door Pro America, Inc.
      <u>Case No.: 16-cv-03839 (DRH) (AKT)</u>

Your Honor:

This firm is counsel to Plaintiff in the above-referenced matter. The parties met and conferred to attempt to revise the Protective Order discussed during the conference call on December 21, 2016. We are unable to agree on certain provisions and respectfully submit the most recent version of the Protective Order as Exhibit A. We note that Mr. Chong objects to certain paragraphs in the Protective Order as well as the instant filing. We invited him to file a submission with his proposed language.

We remain available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Janine L. Kapp

cc:   Client
      Michael K. Chong, Esq. (*via* Electronic Case Filing)