UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOHNNY THORNBURN, individually and on
behalf of those individuals similarly situated,

                Plaintiff,

   -against-

DOOR PRO AMERICA, INC.,

                Defendant.
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2019 ★

LONG ISLAND OFFICE

Case No.: 16-CV-03839 (DRH)(AKT)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and further that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint, or any claims that were asserted and alleged in the Complaint.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

      [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1

June 21, 2014 ~~, 2018~~          Jun 29, _____, 2018

ZABELL & ASSOCIATES, P.C.          LAW OFFICES OF MICHAEL K. CHONG, LLC

By: _____        By: _____
Ryan M. Eden, Esq.                 Michael K. Chong, Esq.
1 Corporate Drive, Suite 103       2 Executive Drive, Suite 720
Bohemia, New York 11716            Fort Lee, New Jersey 07024
(631) 589-7242                     (201) 947-5200
REden@laborlawsny.com              mkchong@mkclawgroup.com
*Attorneys for Plaintiffs*         *Attorneys for Defendant*

**SO ORDERED**

/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: Sept. 30  20 19
Central Islip, N.Y.

2